**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| **REGINALD BYRD,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **LOUIS FOLINO,** *et al.*, | : | |
| Respondents. | : | **NO. 10-1700** |

_____

## ORDER

     **AND NOW,** this 12th day of January 2012, upon careful and independent consideration of the Report and Recommendation of Magistrate Judge Rapoport, the objections thereto, and the submissions of the parties, **it is hereby ORDERED** that:

     1. The Objections are **OVERRULED** and the Report and Recommendation is **APPROVED AND ADOPTED**;

     2. The Petition for a Writ of *Habeas Corpus is* **DISMISSED WITHOUT PREJUDICE**;

     3. Petitioner's "Request for the Court to Accept Evidence" [Doc. No. 33] and "Motion to Strike" [Doc. No. 35] are **DISMISSED AS MOOT**; and

     4. There is no basis for the issuance of a certificate of appealability.

     It is so **ORDERED**.[1]

                                  **BY THE COURT:**

                                  **/s/ Cynthia M. Rufe**

                                _____
                                **CYNTHIA M. RUFE, J.**

---

[1] Seeking review of his state-court conviction, Petitioner filed a petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254.  The petition was referred to Magistrate Judge Arnold C. Rapoport for a report and recommendation.  Magistrate Judge Rapoport recommended that the petition be dismissed without prejudice because Petitioner had not exhausted his remedies through a post-conviction relief petition in the state courts, and the time to file such a petition had not yet run.  After the Report and Recommendation was filed, Petitioner did file a state-court petition (a file-stamped copy of which is attached to one of his submissions), although it may not have been timely filed.  Nonetheless, because the state-court petition is pending, this petition will be dismissed without prejudice.